1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,                    )
                                               )
9              Plaintiff,                       )
                                               )
10     v.                                        )   3:12-CR-141-HDM-(VPC)
                                               )
11  UVALDO TOSTADO,                             )
                                               )
12              Defendant.                       )
                                               )

13

14  **PRELIMINARY ORDER OF FORFEITURE**

15          This Court finds that on June 25, 2013, defendant UVALDO TOSTADO pled guilty to Count

16  One of a Seven-Count Second Superseding Indictment charging him with Conspiracy to Possess with

17  Intent to Distribute and Distribute a Controlled Substance in violation of Title 21, United States Code,

18  Section 841(a)(1). Second Superseding Indictment, ECF No. 46; Plea Memorandum, ECF No. 102;

19  Change of Plea, ECF No. 109.

20          This Court finds defendant UVALDO TOSTADO agreed to the forfeiture of the property set

21  forth in the Plea Agreement and the Forfeiture Allegations of the Second Superseding Criminal

22  Indictment. Second Superseding Indictment, ECF No. 46; Plea Memorandum, ECF No. 102; Change

23  of Plea, ECF No. 109.

24          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

25  has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Second

26  . . .

1    Superseding Criminal Indictment and the offense to which defendant UVALDO TOSTADO pled

2    guilty.

3          The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section

4    853:

5          1.  UNITED STATES CURRENCY

6              Three thousand five hundred dollars ($3500) recovered by law enforcement

7              investigators on December 14, 2012, from Alvaro Meraz, who was located at a gas

8              station near the Pelandale exit off Route 99, in or near Modesto, California; and

9          2.  UNITED STATES CURRENCY

10             One Thousand five hundred dollars ($1500) deposited on December 7, 2012, into

11             an account ending with numbers 2112, in the name of a person having the initials

12             JCG, at the Bank of America's North Tahoe branch office, California ("property").

13         This Court finds the United States of America is now entitled to, and should, reduce the

14   aforementioned property to the possession of the United States of America.

15         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

16   United States of America should seize the aforementioned property.

17         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

18   UVALDO TOSTADO in the aforementioned property is forfeited and is vested in the United States of

19   America and shall be safely held by the United States of America until further order of the Court.

20         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

21   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

22   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

23   time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

24   name and contact information for the government attorney to be served with the petition, pursuant to

25   Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

26   . . .

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

2  with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

3  Virginia Street, 3rd Floor, Reno, NV 89501.

4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

5  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

6  following address at the time of filing:

7    Greg Addington
    Assistant United States Attorney
8    100 West Liberty Street, Suite 600
    Reno, NV 89501
9

10    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12  following publication of notice of seizure and intent to administratively forfeit the above-described

13  property.

14    DATED this 8th day of July, 2013.

15

16

17                    _____
                       UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26